IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHARLES T. HUDGINS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:04cv0915 |
| **MICHAEL J. ASTRUE,** | ) Judge Thomas A. Wiseman, Jr. |
| Commissioner of Social Security,[1] | ) |
| Defendant. | ) |

### ORDER of FINAL JUDGMENT

Plaintiff Charles T. Hudgins filed this action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of the final decision of the Commissioner of the Social Security Administration denying his applications for Disability Insurance Benefits ("DIB"), as provided by the Social Security Act. Now before the Court is Plaintiff's Motion for Judgment on the Record (Doc. No.9), to which the Defendant Commissioner has filed a Response in opposition (Doc. No. 17); Plaintiff filed a reply brief (Doc. No. 20).

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the ALJ's determination at step four of the sequential analysis that Plaintiff is able to perform his past relevant work is supported by substantial evidence in the record. Each of Plaintiff's objections to his findings is therefore overruled, and the Plaintiff's motion for judgment is **DENIED**. The Commissioner's decision **AFFIRMED**, and Judgment is hereby entered in favor of the Defendant.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1] Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of the Social Security Administration. Fed. R. Civ. P. 25(d)(1).